

FILED

2010 Nov-19  AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

1969457(3)

NEW
4/2/10

| State of Alabama Unified Judicial System | **SUMMONS -CIVIL-** | Case Number |
| --- | --- | --- |
| Form C-34    Rev 6/88 | | CV-10- 144 5 JPS |

IN THE _____ CIRCUIT _____ COURT OF _____ MADISON _____ COUNTY

Plaintiff __ CURTIS NANCE & CLARA NANCE __ v. Defendant _____ PAUL BRACY, JR., et al. _____

NOTICE TO ___ Mr. Eric H. Holder, Jr., United States Attorney General, U.S. Department of Justice, _____
                      950 Pennsylvania Ave., NW, Washington, DC 20530

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ Deanna S. Smith _____ WHOSE ADDRESS IS _____ 401 Holmes Ave., NE, Suite H, Huntsville, AL 35801 _____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __ 30 __ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☑ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _Octeber 18, 2010_                    _____ Clerk/Register                    By: ___

☑ Certified Mail is hereby requested.                    _____ Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____.
                                                                                     (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ _____ County,
Alabama on _____.
                    (Date)

_____
Date

_____
Type of Process Server

_____
erver's Signature

_____
Address of Server

_____
Phone Number of Server

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CURTIS NANCE and CLARA NANCE )

          Plaintiffs, )     CIVIL ACTION NO. CN10-1445 JPS

           )

vs. )

PAUL BRACY, JR. )

INTERNAL REVENUE SERVICE and )

ALABAMA DEPARTMENT )

OF REVENUE, )

          Defendants. )

## COMPLAINT TO QUIET TITLE

    COMES NOW Plaintiffs Curtis Nance and Clara Nance (hereinafter collectively referred to as the "Plaintiffs") and submit the following Complaint to Quiet Title. In support, Plaintiffs state as follows:

### PARTIES

    1.    Plaintiff Curtis Nance is over nineteen (19) years of age and resides in Madison County at 6504 Thistle Lane, Huntsville, Alabama, 35810.

    2.    Plaintiff Clara Nance is over nineteen (19) years of age and resides in Madison County at 6504 Thistle Lane, Huntsville, Alabama, 35810.

    3.    Defendant Paul Bracy, Jr. ("Bracy") is over nineteen (19) years of age and resides in Madison County at 4419 Evangel Circle, Huntsville, Alabama, 35816.

    4.    The State of Alabama Department of Revenue is a government agency that has declared liens against all property owned by Bracy.

    5.    The Internal Revenue Service is a division of the United States Department of Treasury and has declared liens against all property owned by Bracy.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over this matter under 24 U.S.C.A. § 2410 and § 6-6-561 of the *Alabama Code 1975.*

7.     Venue is proper in Madison County, Alabama, under Rule 82(b)(1)(B), Ala. R. Civ. P.

## FACTUAL BACKGROUND

8.     On or about May 15, 2007, Plaintiffs and Bracy entered into an Installment Land Sales Contract (the "Contract"), whereby Plaintiffs purchased three (3) parcels of land (the "Property") from Paul Bracy, Jr.[1] The Property is commonly known as 614 MURRAY ROAD, HUNTSVILLE, AL 35811, 2304 BELL AVENUE, HUNTSVILLE, AL, and 2709 BARBARA DRIVE, HUNTSVILLE, AL 35811.[2] The Contract is attached hereto as "**Exhibit A.**"

9.     Pursuant to paragraph 1 of the Contract, the total purchase price of the Property was $84,885.48, of which Plaintiffs paid $16,000.00 at closing and further agreed to assume

---

[1] The Installment Land Sales Contract is dated May 15, 2007, but the notary signature blocks are dated May 11, 2007. The closing for the purchase of the Property appears to have taken place on May 11, 2007, as the Settlement Statement is dated that day.

[2] Said parcels of land are fully described as follows:

> Lot 36, Block A, according to the map of survey of Terry Heights, Third Addition, Huntsville, Alabama, as recorded in Plat Book 1, Page 177, in the Probate Office of Madison County, Alabama.

> Lot No. Three (3), in Block No. Three (3), of Gurley's Addition to the City of Huntsville, Alabama, according to the plat of said Addition of record in the Probate office of Madison County, Alabama in Plat Book 1, Page 193.

> Lot 4, in Block 4, according to the plat of Yarbrough Estates, Second Addition, as the same appears on record in the Office of the Judge of Probate of Madison County, Alabama, in Plat Book 2, on page 84.

Bracy's mortgage to Wachovia Bank (the "Mortgage") with monthly payments of $637.35 due by the 26th day of the month until said Mortgage was paid in full.

10.    In addition to executing the Contract, the Plaintiffs and Bracy executed a "Quitclaim Deed/Release of Contract" (the "Deed") in which Bracy released "all his rights, title, interests and claims in or to" the Property. A true and correct copy of the Deed is attached hereto as "Exhibit B." The closing attorney did not record the executed Deed.[3]

11.    Bracy further executed a "Seller's Survey Coverage Affidavit And Indemnity Agreement" and a "Closing Affidavit" for the purpose of inducing the title insurance company to issue the title insurance policy to Plaintiffs. Although Plaintiffs paid for title insurance, a title insurance commitment or policy binder was never issued or applied for by the closing attorney.[4] A true and correct copy of the May 11, 2007, Settlement Statement is attached hereto as "Exhibit C."

12.    The Contract was recorded within the Office of the Madison County Judge of Probate on May 15, 2007. At the time the Contract was recorded, there were no outstanding liens on the Property. Under paragraph 3 of the Contract, Bracy agreed that he would not act to increase the balance of the Wachovia Mortgage or further encumber the Property.

13.    On or about September 19, 2008, Plaintiffs paid off the Mortgage on the Property in full. A Certificate of Satisfaction of Mortgage was recorded in the Madison County Office of Probate on October 27, 2008.

---

[3] The Settlement Statement indicates that Plaintiffs paid at the closing a fee for recording the Deed even though the Deed was not recorded.

[4] A title search was performed prior to the closing by the office of the closing attorney on or about May 7, 2010.

14.     When Plaintiffs paid of the Mortgage, the office of the closing attorney discovered tax liens which were recorded after the Contract was recorded.  On July 20, 2007, the Internal Revenue Service ("IRS") recorded in the Office of the Judge of Probate in Madison County, Alabama, two liens in favor of the IRS and against Bracy's property in the amount of $31,011.00 and $49,354.96.  These tax liens state that they were "prepared and signed at Dallas, TX," but are signed "R.A. Mitchell for Janet B. Oates," who is a Revenue Officer at the IRS office located in Birmingham, Alabama.

15.     Additional liens against Bracy were recorded by the State of Alabama Department of Revenue on November 5, 2007, and February 26, 2008, and by the IRS on December 5th and 17th, and 26th, 2007.  The December 5, 2007, liens were prepared and signed by the IRS office located in Birmingham, Alabama and filed in the Office of the Judge of Probate in Madison County, Alabama.   The tax liens dated December 17th and 26th, 2007 state that they were "prepared and signed at Dallas, TX," but are signed "R.A. Mitchell for Janet B. Oates," who is a Revenue Officer at the IRS office located in Birmingham, Alabama.

16.     The outstanding liens against Bracy total approximately $2.7 million dollars. True and Correct copies of the IRS liens are attached hereto as "**Exhibit D**;" true and correct copies of the liens filed by the Alabama Department of Revenue are attached hereto as "**Exhibit E**."

17.     Plaintiffs have purchased, peaceably possessed, and paid taxes on the Property since 2007.  As such, Plaintiffs are entitled to full and complete ownership of the Property free of any of the aforementioned liens potentially encumbering the Property.

-4-

## COUNT ONE TO QUIET TITLE
## UNDER § 6-6-540, ALA. CODE 1975

18.    Plaintiffs adopt and incorporate by reference the allegations set forth in paragraphs 1 through 17, as if fully set forth herein.

19.    Plaintiffs purchased the Property from Bracy on or about May 15, 2007.  At the time Plaintiffs purchased the Property, the Property was not encumbered by any liens other than the Mortgage which Plaintiffs paid off on September 19, 2008.

20.    Since May 15, 2007, Plaintiffs have had peaceable possession of the Property and paid taxes on the same.

21.    After Plaintiffs purchased the Property, numerous tax liens were recorded against the Property by the IRS and Alabama Department of Revenue.

22.    No suit is pending "to test the validity of the claim or encumbrance." *See* § 6-6-540, Ala. Code 1975.

23.    Plaintiffs assert that they are entitled to full and complete ownership of the Property free and clear of any of the aforementioned liens or similar encumbrances.

WHEREFORE, premises considered, Plaintiffs request that:  (1) Defendants set forth with specificity any interest each Defendant claims in the Property or any portion thereof; and (2) this Honorable Court enter a judgment to quiet title as to the Property by finally adjudging and decreeing whether any of the Defendants have any interest in said Property.

DEANNA S. SMITH

-5-

STUART M. MAPLES
DEANNA S. SMITH
MAPLES AND RAY, P.C.
401 HOLMES AVENUE, SUITE H.
HUNTSVILLE, AL 35801
TELEPHONE: (256)489-9779
FACSIMILE: (256)489-9720

Please serve by Certified Mail:

Mr. Paul Bracy, Jr.
4419 Evangel Circle
Huntsville, AL 35816

Mrs. Joyce White Vance
United States Attorney for the
Northern District of Alabama
1801 Fourth Ave., North
Birmingham, AL 35203

Mr. Eric H. Holder, Jr.
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Mr. Jerry Cheney
Muscle Shoals Taxpayer Service Center
Alabama Department of Revenue
PO Box 3148
Muscle Shoals, AL 35662

Mr. Ron Bowden
Alabama Department of Revenue
Legal Division
50 North Ripley St.
Montgomery, AL 36104

Honorable Troy King
Office of the Attorney General
500 Dexter Avenue
Montgomery, AL 36130

$Ex\#1$

STATE OF ALABAMA        }

COUNTY OF MADISON       }

2007051500342030 1/10 $42.25
Madison Cnty Judge of Probate,AL
05/15/2007 09:30:00AM FILED/CERT

## *INSTALLMENT LAND SALES CONTRACT*

This Contract entered at Huntsville, Alabama, this the 15ᵗʰ day of May, 2007, by and between PAUL BRACY, JR., a married man, hereinafter referred to as "Seller" and CURTIS NANCE and wife, CLARA NANCE, hereinafter referred to as the "Buyer."

The Seller agrees to sell and convey to the Buyer, and the Buyer agrees to purchase and pay for, upon the provisions, terms, and conditions of this Contract, the following described premises commonly known as 614 MURRAY ROAD, HUNTSVILLE, AL 35811, and 2304 BELL AVENUE, HUNTSVILLE, AL 35816, and 2709 BARBARA DRIVE, HUNTSVILLE, AL 35811, and further described as follows:

### SEE THE ATTACHED EXHIBIT "A" INCORPORATED HEREIN.

Together with all appurtenances and hereditaments thereof, but subject to all legal highways, restrictions of record, and zoning laws.

Also, included in the sale of the above-described real property are the following items of personal property: None.

### Purchase Price

1.    The total purchase price for said property is $84,885.48, payable as follows: The purchaser agrees to make payments to the below listed mortgage holder as required by the terms of said mortgage. The amount of the lien of $69,885.48 as of May 15, 2007 is applied to the purchase price of the property at the time of contract acceptance. THE SELLER SHALL NOT DO ANY ACTION TO INCREASE THE BALANCE OF SAID MORTGAGE LIEN HEREAFTER AND AGREES TO HOLD HARMLESS AND INDEMNIFY BUYER IF ANY SUCH INCREASE SHALL OCCUR. A payment of $15,000.00 will be due and payable on execution of this contract by all parties. Buyer shall make payments in installments of $637.35 per month to be made directly to the Lender at: Wachovia - Commercial Loan Services, P.O. Box 740502, Atlanta, GA 30374-0502, or such other place or places as they may from time to time designate by notice in writing, on or before the 26ᵗʰ day of every month commencing May 26, 2007, and continuing until the loan is paid in full;. Currently, said total payment is $637.35, however, Parties herein understand and agree that any change to the total payment to the Mortgage Lender shall be the sole responsibility of the Buyer.

NOTE BUYER SHALL MAKE PAYMENTS DIRECTLY TO WACHOVIA COMMERCIAL LOAN PAYMENT PROCESSING CENTER, NC 6885 LINDEN CENTER, 100 NORTH MAIN STREET, WINSTON-SALEM, NORTH CAROLINA, 27101, OR OTHER ADDRESS AS MORTGAGE LENDER MAY DIRECT.    UPON SATISFACTORY PROOF OF SAID

Page -1-.

BRENT HIERONYMI
-PICK UP

Exhibit A

account, Buyer shall pay the additional amount directly to said lender, by paying said Mortgage Lien payment.

## Insurance

7.     The Seller, during the continuance of the Contract shall insure and keep insured, at the Buyer's cost and expense, for the full insurable value thereof, all buildings and improvements located on said property against loss by fire or the elements with insurance companies approved by the lenders in Paragraph (2) above with loss payable to those same lenders and Buyer as additional Insured. All moneys collected by the Seller from any such insurance policy shall be applied by the Seller to any outstanding liens on property, then to the payment of the then remaining unpaid principal balance of the purchase price specified in this Contract, however, at Buyer's option improvements may be rebuilt and moneys from insurance applied to said rebuilding costs, in accordance with any conditions required by Mortgage Lender.

## Utilities

8.     The Buyer shall pay the cost of all utilities in connection with the property that may become due or payable on or after the date of this Contract.  If required by the appropriate authority supplying water and sewer services to the property, the Seller agrees to guarantee the Buyer's payment of such costs.

## Payments by Seller

9.     Should the Buyer fail to pay any amount to be paid by him pursuant to this Contract for taxes, assessments, insurance, or utilities within ten (10) days before such amounts becomes delinquent, the Seller may pay such amounts and the Buyer will repay to the Seller on demand the amount so paid by the Seller together with interest thereon from the date of payment by the Seller to the date of repayment by the Buyer at the rate of twelve percent (12.0%) *per annum.*

## Destruction of Property

10.     Destruction of, or damage to, any building or other improvement now or hereafter placed on said property or of any personal property, if any, described in this Contract, whether from fire or any other cause, shall not release the Buyer from any of his obligations under this Contract; it being expressly understood that the Buyer bears all risk of loss to, or damage of, said property.

## Good Condition and Repair

11.     The Buyer agrees that said property and the buildings and improvements thereon are, at the date of this Contract, in good condition, order, and repair, and that he shall, at his own cost and expense, maintain said property and the buildings and improvements thereon in as good order and repair as they are in on the date of this Contract, reasonable wear and tear excepted.

Exhibit A

### Right of Inspection

12.     The Seller shall have the right to enter on and inspect said property and the buildings and improvements thereon at least once each calendar month.  All repairs required on said property or the buildings and improvements noted thereon by the Seller shall be made by the Buyer, at his own cost and expense, within ten (10) days after he receives notice in writing thereof from the Seller.

### Waste and Removal of Buildings

13.     The Buyer shall not remove or permit the removal from said property of any building or other improvement located thereon without first obtaining written consent of the Seller, nor shall the Buyer commit or permit to be committed any waste of said property or of any building or improvement thereon.

### Alterations Prohibited

14.     The Buyer will not renovate, remodel, or alter any building or improvement now or hereafter situated on said property, or construct any additional building, buildings or improvements on said property without giving written notice and submitting plans for such renovating, remodeling, or construction to the Seller and first obtaining the Seller's approval in writing of such plans, said approval shall not be unreasonably withheld by Seller.

### Mechanics' Liens

15.     The Buyer shall indemnify and hold the Seller and the property of the Seller, including the Seller's interest in said property, free and clear from liability for any and all mechanics' liens or other expenses or damages resulting from any renovations, alterations, buildings, repairs, or other work placed on said property by the Buyer.

### Personal Injuries

16.     The Buyer shall indemnify and hold the Seller free and harmless from any and all demands, loss, or liability resulting from the injury to, or death of, any person or persons because of the negligence of the Buyer or the condition of said property at any time or times after the date possession of said property is delivered to the Buyer.

### Observation of Laws

17.     The Buyer will observe and obey all statutes and laws of the United States, and the State of Alabama, including all rules or orders of any official commission or board of the United States, or the State of Alabama, or of the county or city in which the property is located. The Buyer will obey all ordinances of such city in respect to the use and occupation of the property, and will not do or suffer to be done anything that may constitute a nuisance.

## Possession

18.    The Buyer entered into possession of said property upon execution date of this Contract, and to continue in possession thereof to long as they are not in default in the performance of this Contract.

## Default

19.    The payment of all moneys becoming due hereunder by the Buyer and the performance of all covenants and conditions of this Contract to be kept and performed by the Buyer are conditions precedent to the performance by the Seller of the covenants and conditions of this Contract to be kept and performed by Seller. In the event the Buyer shall fail for a period of 30 days after they become due to pay any of the sums in this Contract agreed to be paid by the Buyer, either as installments or on account of interest, taxes, assessments, or to procure insurance, or should the Buyer fail to comply with the covenants or conditions of this Contract on his part to be performed, or if a receiver is appointed for the Buyer, or the Buyer becomes bankrupt, or makes an assignment for the benefit of creditors, or should any action or proceeding be filed in any court to enforce any lien on, or claim against, the property seeking to reach the interest of the Buyer, then:

a.    The Seller shall be released from all obligations in law or equity to convey said property to the Buyer;

b.    The Buyer shall forfeit all rights to said property or to the possession thereof;

c.    Seller shall have an immediate right to retake possession of said property; and;

d.    The payments theretofore made by the Buyer pursuant to this contract shall be credited by the Seller to reasonable rental value of said property during the period the Buyer had the use and occupancy of said property, and any excess of said payments over such reasonable rental value shall be refunded to the Buyer.

e.    In lieu of the foregoing, the Sellers, at their option, may declare, by notice to the Buyers, the entire unpaid balance of the purchase price specified in this Contract to be due and payable, and may be appropriate action, in law or in equity, proceed to enforce payment thereof. (Including, but not limited to, the whole of said indebtedness hereby secured shall at once become due and payable, and this Contract shall be subject to foreclosure as now provided by law in cases of past due Mortgages, and the said Sellers, Sellers' agents or assigns, shall be authorized to take possession of the premises hereby conveyed, and with or without first taking possession, after giving twenty-one days' notice, by publishing once a week for three consecutive weeks, the time, place and terms of sale, by publication in a newspaper generally circulated and published in said County and State, sell the same in lots or parcels or en masse as Sellers, Sellers' agents or assigns deem best, in front of the Court House door of said Madison County (or the division thereof), where said property

Page -5-

Exhibit A

is located, at public outcry, to the highest bidder for cash, and apply the proceeds of the sale: First, to the expense of advertising, selling and conveying, including a reasonable attorney's fee; Second, to the payment of any amounts that may have been expended, or that it may then be necessary to expend, in paying insurance, taxes, or other encumbrances, with interest thereon; Third, to the payment of said indebtedness in full, whether the same shall or shall not have fully matured at the date of said sale, but no interest shall be collected beyond the day of sale; and Fourth, the balance, if any, to be turned over to the said Buyers and undersigned further agree that said Sellers, Sellers' agents or assigns may bid at said sale and purchase said property, if the highest bidder therefor; and undersigned further agree to pay a reasonable attorney's fee to said Sellers or Sellers' assigns, for the foreclosure of this Contract as a mortgage in Court, should the same be so foreclosed, said fee to be a part of the debt hereby secured.)

f.    Any rights, powers, or remedies, special, optional, or otherwise, given or reserved to the Sellers by this paragraph shall not be construed to deprive the Sellers of any rights, powers, or remedies otherwise given by law or equity.  Reasonable Attorney's fee incurred by the defending Party shall be paid by the offending or breaching Party.

<u>Conveyance on Full Performance</u>

20.    When the purchase price and all other amounts to be paid by the Buyers pursuant to this Contract are fully paid as provided for in this Contract, the Sellers will execute and deliver to the Buyers a good and sufficient warranty deed conveying to the Buyers good and marketable title to said property as evidenced by a title insurance policy in the full amount of the purchase price procured and paid for by the Buyers.

<u>No Representations</u>

21.    The Buyers agree with and represent to the Sellers that said property has been inspected by them and that they have been assured by means independently of the Sellers or of any agent of the Sellers of the truth of all facts material to this Contract, is and has been purchased by the Buyers as a result of such inspection or investigation and not by or through any representations made by the Sellers, or by an agent of the Sellers. The Buyers hereby expressly waive any and all claims for damages or for rescission or cancellation of this Contract because of any representations made by the Sellers, or by an agent of the Sellers, other than such representations as may be contained in this Contract. The Buyers further agree that the Sellers and any and all agents of the Sellers shall not be liable for or on account of any inducements, promises, representations, or agreements not contained in this Contract; that no agent or employee of the Sellers is or has been authorized by the Sellers to make any representations with respect to said property; and that if any such representations have been made, they are wholly unauthorized and not binding on the Sellers.

<u>Entire Agreement</u>

22.    Both the Buyers and the Sellers agree that this Contract constitutes the sole and only

Exhibit A

agreement between them respecting said property and correctly sets forth their obligations to each other as of its date.

## Notice

23.     Any and all notices or other communications required or permitted by this Contract or by law to be served on or given to either party hereto by and other party hereto shall be in writing and shall be deemed duly served and given when personally delivered to any member of the household of the party whom it is directed or in lieu of such personal service when deposited in the United States mail, first-class postage prepaid, addressed to the Buyer at **6504 Thistle Lane, Huntsville, AL 35810**, and to the Seller at **4419 Evangel Circle, Huntsville, AL 35816**. Either Party may change their address for the purpose of this paragraph by giving written notice of such change to the other party in the manner provided in this paragraph.

## Recording

24.     The Buyers may, at their expense, cause a copy of the Contract to be recorded in the office of the Judge of Probate in the county where the property is situated.

## Orders of Public Agencies

25.     The property is subject to the following pending orders of public agencies:

**None outstanding specific to this property.**

## Binding on Heirs and Successors

26.     This Contract shall be binding on and shall inure to the benefit of the heirs, executors, administrators, successors, and assigns of the Parties hereto, but nothing contained in this paragraph shall be construed as a consent by the Sellers to any assignment of this Contract or of any interest therein by the Buyers except as provided in Paragraph (27) of this Contract.

## Assignment Prohibited

27.     Neither this Contract, nor any interest therein, shall, except by will, intestate succession, or right of survivorship, be assigned by the Buyers, either voluntarily, involuntarily, by operation of law, or otherwise, without the written consent of the Sellers.

## Acceleration on Assignment

28.     Should this contract or any interest therein, except by will, intestate succession, or right of survivorship, be assigned by the Buyers, either voluntarily, involuntarily, by operation of law, or otherwise, without the written consent of the Sellers, the entire unpaid principal balance of the purchase price specified in this Contract together with accrued interest thereon as herein provided shall immediately, on the date of such assignment, become due and payable.

Exhibit A

### Time of Essence

29.    Time is expressly declared to be of the essence of this Contract.

### Waiver

30.    The waiver of any breach of this Contract by either party shall not constitute a continuing waiver or a waiver of any subsequent breach, either of the same or another provision of this Contract. The delay or omission by the Sellers to exercise any right or power provided by this Contract shall not constitute a waiver of such right or power, or acquiescence in any default on the part of the Buyers. The acceptance of any payments made by the Buyers in a manner or at a time other than as required by the terms and conditions of this Contract shall not be construed as a waiver or variation of such terms and conditions. Any default on the part of the Buyers shall be construed as continuous, and the Sellers may exercise every right and power under the Contract at any time during the continuance of such default, or upon the occurrence of any subsequent default.

### Prepayment

31.    The Buyers may make additional payments or the entire principal may be paid at any time, without charge or penalty.

### Statements Furnished

32.    Following each calendar year, the Sellers shall furnish a statement to the Buyers setting forth the amount credited to principal and interest during the calendar year and balance due at the close of such year.

### Applicable Law

33.    It is agreed by the Sellers and the Buyers that this Contract shall be governed by the laws of the State of Alabama.

### Not Homestead Property

34.    The Sellers herein warrants that no portion of the subject real property constitutes any portion of the "Homestead property" of the said Sellers.

### No Title Examination

35.    No title examination nor opinion was requested from nor rendered by the preparer of this instrument.

IN WITNESS WHEREOF, the Seller and the Buyer have executed duplicate copies of this Contract on this 11th day of May, 2007.

Page -8-

SIGNED AND ACKNOWLEDGED IN THE PRESENCE OF:

SELLER -PAUL BRACY, JR.

BUYER - CURTIS NANCE

BUYER - CLARA NANCE

STATE OF ALABAMA    }
COUNTY OF MADISON    }

    Before me, a Notary Public, in and for said County and State, personally appeared **PAUL BRACY, JR.** whose name is signed to the foregoing instrument and who being known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

    GIVEN under my hand and official seal this the 11th of May, 2007.

Notary Public: BRENT E. HIERONYMI
My Commission Expires: 05/22/2007

STATE OF ALABAMA    }
COUNTY OF MADISON    }

    Before me, a Notary Public, in and for said County and State, personally appeared **CURTIS NANCE** and **CLARA NANCE**, whose names are signed to the foregoing instrument and who being known to me, acknowledged before me on this day that, being informed of the contents of the instrument, they executed the same voluntarily on the day the same bears date.

    GIVEN under my hand and official seal this the 11th of May, 2007.

Notary Public: BRENT E. HIERONYMI
My Commission Expires: 05/22/2007

THIS INSTRUMENT PREPARED BY

Brent E. Hieronymi
HUNTSVILLE, ALABAMA

Page -9-

Exhibit A

EXHIBIT "A"

Lot 36, Block A, according to the map of survey of Terry Heights, Third Addition, Huntsville, Alabama, as recorded in Plat Book 1, Page 177, in the Probate Office of Madison County, Alabama.

Lot No. Three (3), in Block No. Three (3), of Gurley's Addition to the City of Huntsville, Alabama, according to plat of said Addition of record in the Probate Office of Madison County, Alabama in Plat Book 1, Page 193.

Lot 4, in Block 4, according to the plat of Yarbrough Estates, Second Addition, as the same appears on record in the Office of the Judge of Probate of Madison County, Alabama, in Plat Book 2, on page 84.

20070515000342030 10/10 $42.25
Madison Cnty Judge of Probate,AL
05/15/2007 09:30:00AM FILED/CERT

Madison County, AL 05/15/2007
State of Alabama
Real Estate Excise Tax
Deed Tax:$15.00

Madison County, AL 05/15/2007
State of Alabama
Real Estate Excise Tax
Mortgage Tax:$104.85

Exhibit A

STATE OF ALABAMA          }

COUNTY OF MADISON          }

NO TITLE OPINION REQUESTED
FROM OR RENDERED BY THE
PREPARER OF THIS INSTRUMENT.

### *QUITCLAIM DEED/RELEASE OF CONTRACT*

KNOW ALL MEN BY THESE PRESENTS: That for TEN DOLLARS ($10.00) and other good and valuable consideration in hand paid to the undersigned, the receipt of which is hereby acknowledged, the undersigned, **PAUL BRACY, JR.,** a married man, does hereby remise, release, quitclaim, to **CURTIS NANCE** and **CLARA NANCE,** all his rights, title, interests and claims in or to the following described real estate situated in the County of Madison, State of Alabama, (including any and all of his rights, title, interests and claims which he may have by virtue of that certain *Installment Land Sales Contact* between the Parties dated the 11th day of May, 2007), to-wit:

**See Exhibit "A" attached and incorporated hereto.**

TO HAVE AND TO HOLD to the said CURTIS NANCE and CLARA NANCE, their Heirs, Successors and Assigns, forever.

Given under our hands and seals, this the 11th day of May, 2007.

PAUL BRACY, JR.

STATE OF ALABAMA          }

COUNTY OF MADISON          }

I, BRENT E. HIERONYMI, the undersigned Notary Public in and for the above jurisdiction, do hereby certify that PAUL BRACY, JR., whose name is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the said instrument, he executed the same voluntarily as his voluntary act, on the day the same bears date.

GIVEN under my hand and official seal this the 11th day of May, 2007.



Notary Public: BRENT E. HIERONYMI
My Commission Expires: 05/22/2007

THIS INSTRUMENT PREPARED BY: Brent E. Hieronymi, Attorney-at-Law, 3600 Triana Boulevard, Huntsville, Alabama 35805-5055 (256)539-6776 (179-P06) Z:\Firm_Docs\BEHPC\Contract Files\(LSC w.QC & FC words) Bracy to Nance.wpd

Exhibit B

EXHIBIT "A"

Lot 36, Block A, according to the map of survey of Terry Heights, Third Addition, Huntsville, Alabama, as recorded in Plat Book 1, Page 177, in the Probate Office of Madison County, Alabama.

Lot No. Three (3), in Block No. Three (3), of Gurley's Addition to the city of Huntsville, Alabama, according to plat of said Addition of record in the Probate Office of Madison County, Alabama in Plat Book 1, Page 193.

Lot 4, in Block 4, according to the plat of Yarbrough Estates, Second Addition, as the same appears on record in the Office of the Judge of Probate of Madison County, Alabama, in Plat Book 2, on page 84.

Exhibit B

| A. | | | OMB NO. 2502-0265 |
|---|---|---|---|

**U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**

**SETTLEMENT STATEMENT**

**B. TYPE OF LOAN:**
1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS.

6. FILE NUMBER: 131-P07
7. LOAN NUMBER:
8. MORTGAGE INS CASE NUMBER:

**C. NOTE:** *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1 9   398   (131-P07,P/CP/131-P/PO)

| D. NAME AND ADDRESS OF BUYER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Curtis Nance<br>Clara Nance<br>6504 Thistle Lane<br>Huntsville, AL 35810 | Paul Bracy, Jr.<br>4419 Evangel Circle<br>Huntsville, AL 35816 | |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: 61-1503882 | I. SETTLEMENT DATE: |
|---|---|---|
| 3 parcels in Huntsville<br>Huntsville, AL 35801<br>Madison County, Alabama | Brent E. Hieronymi, P.C.<br><br>PLACE OF SETTLEMENT<br><br>3600 Triana Boulevard<br>Huntsville, AL 35805-5055 | May 11, 2007 |

| J. SUMMARY OF BUYER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BUYER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 84,885.48 | 401. Contract Sales Price | 84,885.48 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Buyer (Line 1400) | 1,006.75 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes             to | | 407. County taxes             to | |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. Prorate H/O Dues | | 409. Prorate H/O Dues | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BUYER** | 85,892.23 | **420. GROSS AMOUNT DUE TO SELLER** | 84,885.48 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 482.50 |
| 203. Existing loan(s) taken subject to | 69,885.48 | 503. Existing loan(s) taken subject to | 69,885.48 |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes  10/01/06 to 05/11/07 | 698.30 | 511. County taxes  10/01/06 to 05/11/07 | 698.30 |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BUYER** | 70,583.78 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 71,066.28 |
| **300. CASH AT SETTLEMENT FROM/TO BUYER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Buyer (Line 120) | 85,892.23 | 601. Gross Amount Due To Seller (Line 420) | 84,885.48 |
| 302. Less Amount Paid By/For Buyer (Line 220) | 70,583.78 | 602. Less Reductions Due Seller (Line 520) | 71,066.28 |
| 303. CASH ( X FROM )( TO ) BUYER | 15,308.45 | 603. CASH ( X TO )( FROM ) SELLER | 13,819.20 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Buyer _Curtis Nance_          Seller _Paul Bracy, Jr._
Curtis Nance
_Clara Nance_
Clara Nance

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF TH FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

_Brent E. Hieronymi_
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPO CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

Exhibit C

| Form 668 (Y)(c)<br>(Rev. February 2004) | 4667 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>372800807 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  PAUL BRACY JR

Residence        2123 RAINCREEK TRL NE
                 HUNTSVILLE, AL 35811-2612

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 06/30/2003 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3263.04 |
| 6672 | 09/30/2003 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3567.58 |
| 6672 | 12/31/2003 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 2423.56 |
| 6672 | 03/31/2004 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 4423.46 |
| 6672 | 06/30/2004 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 4458.58 |
| 6672 | 09/30/2004 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 5582.53 |
| 6672 | 12/31/2004 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 7292.25 |

INTERNAL REVENUE SERVICE
PO BOX 145595
STOP 8420G
CINCINNATI, OH 45250

| Place of Filing | | |
|---|---|---|
| Judge of Probate<br>Madison County<br>Huntsville, AL 35801 | Total | $   .   31011.00 |

This notice was prepared and signed at _____ DALLAS, TX _____, on this,

the ___20th___ day of ___June___, ___2007___.

| Signature<br>*R. A. Mitchell*<br>for JANET B OATES | Title<br>REVENUE OFFICER<br>(205) 912-5151 | 25-02-1862 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit D

| 4667 | | Department of the Treasury - Internal Revenue Service | | | | |
|---|---|---|---|---|---|---|
| **Form 668 (Y)(c)** Rev. February 2004) | | **Notice of Federal Tax Lien** | | | | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 372800707 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  PAUL BRACY JR

Residence        2123 RAINCREEK TRL NE
                 HUNTSVILLE, AL 35811-2612

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 09/30/1999 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 2187.58 |
| 6672 | 12/31/1999 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 2187.57 |
| 6672 | 03/31/2000 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 2445.48 |
| 6672 | 06/30/2000 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3185.19 |
| 6672 | 09/30/2000 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3716.04 |
| 6672 | 12/31/2000 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3185.19 |
| 6672 | 03/31/2001 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3720.23 |
| 6672 | 06/30/2001 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3148.95 |
| 6672 | 09/30/2001 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3673.78 |
| 6672 | 12/31/2001 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3285.44 |
| 6672 | 03/31/2002 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3685.89 |
| 6672 | 06/30/2002 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3491.36 |
| 6672 | 09/30/2002 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 4097.80 |
| 6672 | 12/31/2002 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3799.66 |
| 6672 | 03/31/2003 | XXX-XX-6573 | 05/14/2007 | 06/13/2017 | 3544.80 |

| Place of Filing | Judge of Probate Madison County Huntsville, AL 35801 | Total | $ | 49354.96 |
|---|---|---|---|---|

This notice was prepared and signed at _____ DALLAS, TX _____ , on this,

the ___20th___ day of __June__ , __2007__.

INTERNAL REVENUE SERVICE
PO BOX 145595
STOP 8420G
CINCINNATI, OH 45250

| Signature    *R.A. Mitchell* for JANET B OATES | Title REVENUE OFFICER (205) 912-5151 | 25-02-1862 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**Exhibit D**

| Form **668(Y)**<br>(Rev. 10-1999) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Small Business/Self Employed Area: 5 | Serial Number<br>270702648 | *For Optional Use by Recording Office* | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2007120500051950 1/1 $16.00
Madison Cnty Judge of Probate,AL
12/05/2007 12:11:42PM FILED/CERT

**Name of Taxpayer**
PAUL BRACY JR
AS ALTER EGO OF
BRACYS VENDING INC, a Corporation

**Residence**
4419 EVANGEL CIR NW
HUNTSVILLE, AL 35816-2701

INTERNAL REVENUE SERVICE
STOP 84206 TERM 206
P.O. BOX 145595
CINCINNATI, OH 45250

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2000 | 63-1091049 | 06/14/2004 | 07/14/2014 | $10,227.66 |
| 941 | 12/31/2000 | 63-1091049 | 06/14/2004 | 07/14/2014 | $8,539.26 |
| 941 | 03/31/2001 | 63-1091049 | 06/14/2004 | 07/14/2014 | $9,720.85 |
| 941 | 06/30/2001 | 63-1091049 | 06/14/2004 | 07/14/2014 | $8,063.91 |
| 941 | 09/30/2001 | 63-1091049 | 06/14/2004 | 07/14/2014 | $9,193.55 |
| 941 | 12/31/2001 | 63-1091049 | 06/14/2004 | 07/14/2014 | $8,088.97 |
| 941 | 03/31/2002 | 63-1091049 | 06/14/2004 | 07/14/2014 | $9,023.78 |
| 941 | 06/30/2002 | 63-1091049 | 06/14/2004 | 07/14/2014 | $8,409.37 |
| 941 | 09/30/2002 | 63-1091049 | 06/21/2004 | 07/21/2014 | $9,634.86 |
| 941 | 12/31/2002 | 63-1091049 | 06/14/2004 | 07/14/2014 | $8,862.09 |
| 941 | 03/31/2003 | 63-1091049 | 06/14/2004 | 07/14/2014 | $8,237.05 |
| 941 | 06/30/2003 | 63-1091049 | 06/14/2004 | 07/14/2014 | $7,772.84 |
| 941 | 09/30/2003 | 63-1091049 | 06/14/2004 | 07/14/2014 | $8,360.74 |
| 941 | 12/31/2003 | 63-1091049 | 06/14/2004 | 07/14/2014 | $5,318.87 |
| 941 | 03/31/2004 | 63-1091049 | 04/11/2005 | 05/11/2015 | $6,739.42 |

| Place of Filing<br>Judge of Probate<br>Madison County<br>Huntsville, AL 35801 | Total | $126,193.22 |
|---|---|---|

This notice was prepared and signed at Birmingham, Alabama, on this, the 3rd day of December, 2007 .

| Signature | Title |
|---|---|
| Janet B Oates, Employee # - 72-19613 | Revenue Officer, Phone # - 205-912-5151 |

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 2 - Taxpayer Copy

Form 668(Y) (Rev. 10-1999)

Exhibit D

| Form 668(Y) (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|

| | Serial Number 270702647 | For Optional Use by Recording Office |
|---|---|---|

Small Business/Self Employed Area: 5

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2007120868051000 1/1 $16.00
Madison Cnty Judge of Probate,AL
12/05/2007 12:11:44PM FILED/CERT

Name of Taxpayer
PAUL BRACY JR
AS ALTER EGO OF
BRACYS VENDING INC, a Corporation

Residence
4419 EVANGEL CIR NW
HUNTSVILLE, AL  35816-2701

INTERNAL REVENUE SERVICE
STOP 84200 TEAM 205
P.O. BOX 145595
CINCINNATI, OH 45250

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1998 | 63-1091049 | 06/15/1998 | 07/15/2008 | $2,722.32 |
| 941 | 06/30/1998 | 63-1091049 | 09/07/1998 | 10/07/2008 | $4,112.32 |
| 941 | 09/30/1998 | 63-1091049 | 12/07/1998 | 01/06/2009 | $2,791.83 |
| 941 | 12/31/1998 | 63-1091049 | 03/29/1999 | 04/28/2009 | $4,393.68 |
| 941 | 03/31/1999 | 63-1091049 | 06/21/1999 | 07/21/2009 | $4,630.57 |
| 941 | 06/30/1999 | 63-1091049 | 02/25/2005 | 03/27/2015 | |
| 941 | 06/30/1999 | 63-1091049 | 03/28/2005 | 04/27/2015 | $57.04 |
| 941 | 09/30/1999 | 63-1091049 | 02/25/2005 | 03/27/2015 | |
| 941 | 09/30/1999 | 63-1091049 | 03/21/2005 | 04/20/2015 | $4,546.19 |
| 941 | 12/31/1999 | 63-1091049 | 02/25/2005 | 03/27/2015 | |
| 941 | 12/31/1999 | 63-1091049 | 03/21/2005 | 04/20/2015 | $4,434.54 |
| 941 | 03/31/2000 | 63-1091049 | 06/14/2004 | 07/14/2014 | $4,774.50 |
| 941 | 06/30/2000 | 63-1091049 | 06/14/2004 | 07/14/2014 | $5,881.48 |

| Place of Filing Judge of Probate Madison County Huntsville, AL  35801 | Total | $38,344.47 |
|---|---|---|

This notice was prepared and signed at Birmingham, Alabama, on this, the 3rd day of December, 2007.

| Signature | Title |
|---|---|
| Janet B Oates, Employee # - 72-19613 | Revenue Officer, Phone # - 205-912-5151 |

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Recording Office

Form 668(Y) (Rev. 10-1999)

Exhibit D

| Form **668(Y)** (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service |
|---|---|
| | **Notice of Federal Tax Lien** |

| | Serial Number 270702646 | *For Optional Use by Recording Office* |
|---|---|---|
| Small Business/Self Employed Area: 5 | | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2007120004000291 1/1 $16.00
Madison Cnty Judge of Probate,AL
12/05/2007 12:11:47PM FILED/CERT

**Name of Taxpayer**
PAUL BRACY JR
AS ALTER EGO OF
GREEN ROOM LOUNGE INC, a Corporation

**Residence**
4419 EVANGEL CIR NW
HUNTSVILLE, AL 35816

INTERNAL REVENUE SERVICE
STOP 84200 TEAM 205
P.O. BOX 145566
CINCINNATI, OH 45250

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1120 | 12/31/2002 | 80-0115342 | 12/04/2006 | 01/03/2017 | $124,978.91 |
| 1120 | 12/31/2003 | 80-0115342 | 12/11/2006 | 01/10/2017 | $137,125.60 |
| 1120 | 12/31/2004 | 80-0115342 | 12/11/2006 | 01/10/2017 | $184,039.84 |
| 940 | 12/31/2005 | 80-0115342 | 12/18/2006 | 01/17/2017 | $3,917.95 |
| 941 | 03/31/2005 | 80-0115342 | 12/11/2006 | 01/10/2017 | $14,406.29 |
| 941 | 12/31/2005 | 80-0115342 | 12/11/2006 | 01/10/2017 | $15,309.12 |
| 941 | 06/30/2006 | 80-0115342 | 12/18/2006 | 01/17/2017 | $17,454.24 |
| 941 | 09/30/2005 | 80-0115342 | 01/09/2006 | 02/08/2016 | $15,213.64 |
| 941 | 03/31/2006 | 80-0115342 | 07/03/2006 | 08/02/2016 | $6,821.20 |
| 1120 | 12/31/2001 | 80-0115342 | 12/04/2006 | 01/03/2017 | $67,694.26 |

| Place of Filing Judge of Probate Madison County Huntsville, AL 35801 | Total | $586,961.05 |
|---|---|---|

This notice was prepared and signed at Birmingham, Alabama, on this, the 3rd day of December, 2007.

| Signature *[signed]* Janet B Oatis, Employee # - 72-19613 | Title Revenue Officer, Phone # - 205-912-5151 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Recording Office                                     Form **668(Y)** (Rev. 10-1999)

Exhibit D

| Form 668 (Y)(c)<br>(Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>409056107 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2007121700075130 1/1 $16.00
Madison Cnty Judge of Probate, AL
12/17/2007 11:08:28AM FILED/CERT

Name of Taxpayer PAUL BRACY JR AS ALTER EGO OF , a Corporation
BRACYS VENDING INC A CORPORATION

Residence        4419 EVANGEL CIR NW
HUNTSVILLE, AL 35816-2701

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1120 | 12/31/1998 | 63-1091049 | 12/04/2006 | 01/03/2017 | 161213.62 |
| 1120 | 12/31/1999 | 63-1091049 | 12/04/2006 | 01/03/2017 | 179467.44 |
| 1120 | 12/31/2000 | 63-1091049 | 12/04/2006 | 01/03/2017 | 345716.72 |
| 1120 | 12/31/2001 | 63-1091049 | 12/04/2006 | 01/03/2017 | 232214.09 |
| 1120 | 12/31/2002 | 63-1091049 | 12/04/2006 | 01/03/2017 | 302994.63 |
| 1120 | 12/31/2003 | 63-1091049 | 12/11/2006 | 01/10/2017 | 346804.39 |
| 940 | 12/31/1998 | 63-1091049 | 03/21/2005 | 04/20/2015 | 4229.01 |
| 940 | 12/31/1999 | 63-1091049 | 03/21/2005 | 04/20/2015 | 3993.77 |
| 940 | 12/31/2000 | 63-1091049 | 06/14/2004 | 07/14/2014 | 195.27 |
| 940 | 12/31/2001 | 63-1091049 | 06/14/2004 | 07/14/2014 | 153.50 |
| 940 | 12/31/2002 | 63-1091049 | 06/14/2004 | 07/14/2014 | 141.07 |
| 940 | 12/31/2003 | 63-1091049 | 06/14/2004 | 07/14/2014 | 93.06 |
| 941 | 06/30/2004 | 63-1091049 | 04/11/2005 | 05/11/2015 | 10300.53 |
| 941 | 09/30/2004 | 63-1091049 | 04/11/2005 | 05/11/2015 | 12635.82 |
| 941 | 12/31/2004 | 63-1091049 | 04/11/2005 | 05/11/2015 | 13672.20 |

| Place of Filing | Judge of Probate<br>Madison County<br>Huntsville, AL 35801 | Total | $ 1613825.12 |
|---|---|---|---|

This notice was prepared and signed at _____ DALLAS, TX _____ , on this,

the __11th__ day of __December__, __2007__.

INTERNAL REVENUE SERVICE
PO BOX 145595
STOP 84206
CINCINNATTI, OH 45250

| Signature | *R. A. Mitchell*<br>for JANET B OATES | Title<br>REVENUE OFFICER<br>(205) 912-5151 | 25-02-1862 |
|---|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien)
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit D

| Form 668 (Y)(c)<br>(Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>409055407 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2007121700076140 1/1 $16.00
Madison Cnty Judge of Probate,AL
12/17/2007 11:00:21AM FILED/CERT

**Name of Taxpayer** PAUL BRACY JR AS ALTER EGO OF , a Corporation
BRACYS VENDING INC A CORPORATION

**Residence**      4419 EVANGEL CIR NW
HUNTSVILLE, AL 35816-2701

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2000 | 63-1091049 | 06/14/2004 | 07/14/2014 | 10227.66 |
| 941 | 12/31/2000 | 63-1091049 | 06/14/2004 | 07/14/2014 | 8539.26 |
| 941 | 03/31/2001 | 63-1091049 | 06/14/2004 | 07/14/2014 | 9720.85 |
| 941 | 06/30/2001 | 63-1091049 | 06/14/2004 | 07/14/2014 | 8063.91 |
| 941 | 09/30/2001 | 63-1091049 | 06/14/2004 | 07/14/2014 | 9193.55 |
| 941 | 12/31/2001 | 63-1091049 | 06/14/2004 | 07/14/2014 | 8088.97 |
| 941 | 03/31/2002 | 63-1091049 | 06/14/2004 | 07/14/2014 | 9023.78 |
| 941 | 06/30/2002 | 63-1091049 | 06/14/2004 | 07/14/2014 | 8409.37 |
| 941 | 09/30/2002 | 63-1091049 | 06/21/2004 | 07/21/2014 | 9634.86 |
| 941 | 12/31/2002 | 63-1091049 | 06/14/2004 | 07/14/2014 | 8862.09 |
| 941 | 03/31/2003 | 63-1091049 | 06/14/2004 | 07/14/2014 | 8237.05 |
| 941 | 06/30/2003 | 63-1091049 | 06/14/2004 | 07/14/2014 | 7772.84 |
| 941 | 09/30/2003 | 63-1091049 | 06/14/2004 | 07/14/2014 | 8360.74 |
| 941 | 12/31/2003 | 63-1091049 | 06/14/2004 | 07/14/2014 | 5318.87 |
| 941 | 03/31/2004 | 63-1091049 | 04/11/2005 | 05/11/2015 | 6739.42 |

| Place of Filing | Judge of Probate<br>Madison County<br>Huntsville, AL 35801 | Total | $ | 126193.22 |
|---|---|---|---|---|

This notice was prepared and signed at ___DALLAS, TX___    ___ , on this,

the ___11th___ day of ___December___, ___2007___.

INTERNAL REVENUE SERVICE
PO BOX 145595
STOP 84290
CINCINNATTI, OH 45250

| Signature *R. A. Mitchell*<br>for JANET B OATES | Title<br>**REVENUE OFFICER**<br>(205) 912-5151 | 25-02-1862 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit D

3592

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service
# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF-EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>408659407 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2007121706070170 1/1 $16.00
Madison Cnty Judge of Probate,AL
12/17/2007 11:00:24AM FILED/CERT

**Name of Taxpayer** PAUL BRACY JR AS ALTER EGO OF , a Corporation
BRACYS VENDING INC A CORPORATION

**Residence**      4419 EVANGEL CIR NW
HUNTSVILLE, AL 35816-2701

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/1997 | 63-1091049 | 03/09/1998 | 04/08/2008 | 122.92 |
| 941 | 12/31/1997 | 63-1091049 | 03/09/1998 | 04/08/2008 | 3450.69 |
| 941 | 03/31/1998 | 63-1091049 | 06/15/1998 | 07/15/2008 | 2722.32 |
| 941 | 06/30/1998 | 63-1091049 | 09/07/1998 | 10/07/2008 | 3411.54 |
| 941 | 09/30/1998 | 63-1091049 | 12/07/1998 | 01/06/2009 | 23316.00 |
| 941 | 12/31/1998 | 63-1091049 | 03/29/1999 | 04/28/2009 | 3646.34 |
| 941 | 03/31/1999 | 63-1091049 | 06/21/1999 | 07/21/2009 | 3843.21 |
| 941 | 06/30/1999 | 63-1091049 | 02/25/2005 | 03/27/2015 | |
| 941 | 06/30/1999 | 63-1091049 | 03/28/2005 | 04/27/2015 | 57.04 |
| 941 | 09/30/1999 | 63-1091049 | 02/25/2005 | 03/27/2015 | |
| 941 | 09/30/1999 | 63-1091049 | 03/21/2005 | 04/20/2015 | 6733.77 |
| 941 | 12/31/1999 | 63-1091049 | 02/25/2005 | 03/27/2015 | |
| 941 | 12/31/1999 | 63-1091049 | 03/21/2005 | 04/20/2015 | 6622.11 |
| 941 | 03/31/2000 | 63-1091049 | 06/14/2004 | 07/14/2014 | 7219.98 |
| 941 | 06/30/2000 | 63-1091049 | 06/14/2004 | 07/14/2014 | 8997.34 |

| Place of Filing | | |
|---|---|---|
| Judge of Probate<br>Madison County<br>Huntsville, AL 35801 | Total | $ 70143.26 |

This notice was prepared and signed at _____ DALLAS, TX _____ , on this,

INTERNAL REVENUE SERVICE
PO BOX 145595
STOP 84206
CINCINNATI, OH 45250

the ____10th____ day of ____December____ 2007

| Signature *R. A. Mitchell*<br>for JANET B OATES | Title<br>REVENUE OFFICER<br>(205) 912-5151 | 25-02-1862 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit D

| Form 668 (Y)(c)<br>Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>409595207 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  PAUL BRACY JR

Residence          2123 RAINCREEK TRL NE
                   HUNTSVILLE, AL 35811-2612

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 03/31/2005 | XXX-XX-6573 | 10/15/2007 | 11/14/2017 | 5097.98 |
| 6672 | 09/30/2005 | XXX-XX-6573 | 10/15/2007 | 11/14/2017 | 7543.09 |
| 6672 | 12/31/2005 | XXX-XX-6573 | 10/15/2007 | 11/14/2017 | 5952.93 |
| 6672 | 03/31/2006 | XXX-XX-6573 | 10/15/2007 | 11/14/2017 | 5149.52 |
| 6672 | 06/30/2006 | XXX-XX-6573 | 10/15/2007 | 11/14/2017 | 7647.81 |

INTERNAL REVENUE SERVICE
PO BOX 145595
STOP-84200
CINCINNATTI, OH 45250

| Place of Filing | Judge of Probate<br>Madison County<br>Huntsville, AL 35801 | Total | $ | 31391.33 |
|---|---|---|---|---|

This notice was prepared and signed at _____ DALLAS, TX _____ , on this,

the ___13th___ day of ___December___ , ___2007___.

| Signature *R. A. Mitchell*<br>for JANET B OATES | Title<br>REVENUE OFFICER<br>(205) 912-5151 | 25-02-1862 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part I - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60026X

**Exhibit D**

| Form 668 (Y)(c)<br>(Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>413369608 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  PAUL  BRACY  JR

Residence        2123 RAINCREEK TRL NE
                 HUNTSVILLE, AL 35811-2612

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 06/30/1998 | XXX-XX-6573 | 10/29/2007 | 11/28/2017 | 985.35 |
| 6672 | 09/30/1998 | XXX-XX-6573 | 10/29/2007 | 11/28/2017 | 1042.41 |
| 6672 | 12/31/1998 | XXX-XX-6573 | 10/29/2007 | 11/28/2017 | 738.60 |
| 6672 | 03/31/1999 | XXX-XX-6573 | 10/29/2007 | 11/28/2017 | 783.63 |
| 6672 | 06/30/1999 | XXX-XX-6573 | 10/29/2007 | 11/28/2017 | 783.63 |

INTERNAL REVENUE SERVICE
PO BOX 145595
STOP 8420G
CINCINNATI, OH 45250

| Place of Filing | Judge of Probate<br>Madison County<br>Huntsville, AL 35801 | Total | $ | 4333.62 |
|---|---|---|---|---|

This notice was prepared and signed at _____DALLAS, TX_____ , on this,

the ___08th___ day of ___January___ , ___2008___ .

| Signature   *R. A. Mitchell*<br>for JANET B OATES | Title<br>REVENUE OFFICER<br>(205) 912-5151 | 25-02-1862 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit D



**CYNTHIA UNDERWOOD**
Acting Commissioner

# STATE OF ALABAMA
# DEPARTMENT OF REVENUE

**Montgomery, Alabama 36132**
[www.revenue.alabama.gov]

### NOTICE OF LIEN FOR TAXES

**CYNTHIA UNDERWOOD**
Assistant Commissioner

**LEWIS A. EASTERLY**
Secretary

**STATE OF ALABAMA**
**vs.**

BRACY, PAUL JR
2123 RAINCREEK TRL NE
HUNTSVILLE, AL   35811-2612

**TAXPAYER**



2007110500077635C 1/1 $.00
Madison Cnty Judge of Probate, AL
11/05/2007 03:57:10PM FILED/CERT

SSN/EIN: XXXXX6573
LIEN #: 0000160811
AMOUNT OF LIEN: 219,462.19
FILE/ACCT #: 38553615 6R000633 6R000634 7R013963
TAX TYPE: INCOME TAX
TAX PERIOD(S): 12-31-2002 12-31-2003 12-31-2004 12-31-2005

**COUNTY: MADISON**

As provided by Sections 40-1-2 and 40-29-20, et seq,. Code of Alabama 1975, as amended, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above-specified amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

**PROBATE JUDGE:**

Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, at the address stated below.

**SECRETARY OF STATE:**

Please record one copy of this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, at the address stated below.

ALABAMA DEPARTMENT OF REVENUE
COLLECTION SERVICES DIVISION
P.O. BOX 327820
MONTGOMERY, ALABAMA 36132-7820
TELEPHONE (334)242-1220
FACSIMILE (334)242-8342

ALABAMA DEPT OF REVENUE
P O BOX 327820
MONTGOMERY, AL 36132

10-31-2007

RVC000 (08-15-2007)

**Exhibit E**



CYNTHIA UNDERWOOD
Acting Commissioner

# State of Alabama
# Department of Revenue
## Collection Services Division

CYNTHIA UNDERWOOD
Assistant Commissioner

LEWIS A. EASTERLY
Secretary

February 25, 2008

### NOTICE OF LIEN FOR TAXES

2008022800121430 1/1 $.00
Madison Cnty Judge of Probate, AL
02/26/2008 12:11:45PM FILED/CERT

STATE OF ALABAMA
        vs.
Paul Bracy Jr.
XXX-XX-6573
2123 Raincreek Trl NE
Huntsville AL 35811 2612

| | |
|---|---|
| Amount of Lien: | $38,026.73 |
| County: | Madison |
| Kind of Tax: | 100% Penalty Assessment for Unpaid Corporate Trust Fund Tax |
| Business: | PBS Blues Bar Inc. |
| Periods: | State Sales Tax    2/02-3/06 |

As provided by Sections 40-1-2 and 40-29-20, et seq., <u>Code of Alabama 1975,</u> the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:          Please record one copy of this tax lien in the real property records. Return one
                        copy with endorsement and recording data to the Department of Revenue,
                        Collection Services Division.

SECRETARY OF STATE:     Please record one copy of the tax lien in your UCC records. Return one copy
                        with recording data to the Department of Revenue, Collection Services
                        Division.

                        ALABAMA DEPARTMENT OF REVENUE
                        COLLECTION SERVICES DIVISION
                        100% PENALTY SECTION
                        P.O. BOX 327820
268273                  MONTGOMERY AL 36132-7820
                        (334) 242-1220

ALABAMA DEPARTMENT OF REVENUE
POST OFFICE BOX 327820
ATTN:  COLLECTION SERVICES DIVISION
MONTGOMERY, AL 36177-8961

Exhibit E



CYNTHIA UNDERWOOD
Acting Commissioner

# State of Alabama
# Department of Revenue
## Collection Services Division

CYNTHIA UNDERWOOD
Assistant Commissioner

LEWIS A. EASTERLY
Secretary

February 25, 2008

## NOTICE OF LIEN FOR TAXES

STATE OF ALABAMA
    vs.
Paul Bracy Jr.
XXX-XX-6573
2123 Raincreek Trl NE
Huntsville AL  35811 2612

2008022008121470 1/1 $.00
Madison Cnty Judge of Probate,AL
02/26/2008 12:14:29PM FILED/CERT

| | |
|---|---|
| Amount of Lien: | $207,676.27 |
| County: | Madison |
| Kind of Tax: | 100% Penalty Assessment for Unpaid Corporate Trust Fund Tax |
| Business: | Bracy's Vending Inc. |
| Periods: | State Sales Tax    10/99-9/05 |

As provided by Sections 40-1-2 and 40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:        Please record one copy of this tax lien in the real property records.  Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division.

SECRETARY OF STATE:    Please record one copy of the tax lien in your UCC records.  Return one copy with recording data to the Department of Revenue, Collection Services Division.

ALABAMA DEPARTMENT OF REVENUE
COLLECTION SERVICES DIVISION
100% PENALTY SECTION
P.O. BOX 327820
MONTGOMERY AL 36132-7820
(334) 242-1220

170833

ALABAMA DEPARTMENT OF REVENUE
POST OFFICE BOX 327820
MONTGOMERY, AL 36177-8961

Exhibit E